IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| HUTT, DINA MICHELLE | ) | Case No. 09-20254 |
| | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |
| | ) | |

TRANSMITTAL OF SMALL DIVIDENDS

Gary A. Barney, Trustee of the above estate, hereby respectfully reports:

1.    Pursuant to Bankruptcy Rule 3010, the following is a list of small
dividends not paid in this case.

| NAME | ADDRESS | AMOUNT |
|---|---|---|
| Memorial Hospital Of Sweetwater County | 1200 College Drive Rock Springs, WY 82901 | $2.55 |
| Old National Bank | PO Box 867 Evansville, IN 47705 | $2.29 |
| Bluegrass Collections | 37 Bethel Lane Green ville, KY 42345 | $1.78 |

2.    That the Trustee's check for $6.62, payable to the Clerk, U.S.
Bankruptcy Court, is attached to this report and list.

DATED:August 26, 2011

/s/ Gary A. Barney, Trustee